1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  THE GUARDIAN ANGEL                    No. CIV S-11-1221-LKK-CMK
    FOUNDATION

12
            Plaintiff,

13                                        <u>ORDER</u>
        vs.

14
    DANA HOLMER, et al.,

15
            Defendants.

16
                                      /

17

18          Plaintiff, which is apparently a corporation or some other unincorporated business

19  association, brings this civil action.  Plaintiff is not, however, represented in this case by counsel

20  as required by local rules.  <u>See</u> E. Dist. Cal. Local Rule 183(a); <u>see also</u> <u>D-Beam Ltd. Partnership</u>

21  <u>v. Roller Derby Skates</u>, 366 F.3d 972, 973-74 (9th Cir. 2004) (citing <u>Licht v. Am. W. Airlines (In</u>

22  <u>re Am. W. Airlines)</u>, 40 F.3d 1058, 1059 (9th Cir. 1994)).  Because plaintiff cannot proceed pro

23  se, <u>see</u> <u>D-Beam</u>, 366 F.3d at 974 n. 1, plaintiff will be required to retain counsel who shall file a

24  notice of appearance within 30 days of the date of this order.  Failure to comply may result in

25  dismissal of the action for failure to prosecute and comply with court rules and orders.  <u>See</u> Local

26  Rule 110.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall retain counsel who

2   shall file a notice of appearance within 30 days of the date of this order.

3

4    DATED:  May 12, 2011

5

6   CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2