IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN ANGEL FOUNDATION | No. CIV S-11-1221-LKK-CMK |
| Plaintiff, | ORDER |
| vs. | |
| DANA HOLMER, et al., | |
| Defendants. | |

Plaintiff, which is apparently a corporation or some other unincorporated business association, brings this civil action. Plaintiff has filed a notice of voluntary dismissal (Doc. 6). Because no response to the complaint had been filed as of the date of filing of the notice of voluntary dismissal, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions as moot and close this file.

IT IS SO ORDERED.

DATED: June 6, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1